IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION – CINCINNATI

| | | |
|---|---|---|
| RODOLFO JOSE TEMAJ-FELIX, | : | Case No. 1:20-cv-544 |
| | : | |
| Petitioner, | : | Judge Matthew W. McFarland |
| | : | |
| v. | : | |
| | : | |
| WARDEN, London Correctional Institution, | : | |
| | : | |
| | : | |
| Respondent. | : | |

_____

**ENTRY AND ORDER ADOPTING REPORT AND RECOMMENDATION (Doc. 16)**

_____

This case is before the Court on Petitioner's Objection (Doc. 17) to Magistrate

Judge Michael R. Merz's Report and Recommendation (Doc. 16).  The Magistrate Judge

recommends that this matter be dismissed with prejudice because it is barred by the

statute of limitations.  Noting that a petition for habeas corpus must be filed within one

year of the date that a conviction becomes final on direct appeal, the Magistrate Judge

found that Petitioner's filing was 1,142 days late.  Moreover, the Magistrate Judge found

that Petitioner's more than three-year delay could not be justifiably excused under the

doctrine of equitable tolling.  (*See* Doc. 16.)  Petitioner objects, claiming that the failure

of his attorney to advise him of the Supreme Court of Ohio's denial of review (on

February 24, 2016) is grounds for equitable tolling.  (*See* Doc. 17.)

As required by 28 U.S.C. § 636(b) and Fed. R. Civ. P. 72(b), the Court has made a

de novo review of the record in this case.  Upon said review, the Court finds that

Petitioner's Objection (Doc. 17) is not well-taken and is thus **OVERRULED**.  The

Magistrate Judge addressed Petitioner's argument directly and found that the length of

time he waited—over three years—is not enough diligence to satisfy the requirements

of equitably tolling.   The Court therefore **ADOPTS** the Report and Recommendation

(Doc. 16) in its entirety and **DISMISSES** this matter with prejudice as barred by the

statute of limitations.  Moreover, because reasonable jurists would not disagree with

this conclusion, the Court hereby certifies to the United States Court of Appeals for the

Sixth Circuit that any appeal would be objectively frivolous and should not be

permitted to proceed *in forma pauperis*.

      **IT IS SO ORDERED.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

By: _____
JUDGE MATTHEW W. McFARLAND

2